August 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TIFFANY DIGGS, Appellant

NO. 14-11-00854-CV                         V.

RANDOLPH DIGGS, JR., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 1, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Tiffany Diggs to pay all costs incurred in this appeal.

We further order this decision certified below for observance.